UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEAUNGA GLOVER,<br><br>                           Plaintiff,<br><br>       v.<br><br>NEW YORK CITY DEP'T OF CORR.,<br><br>                           Defendant. | 25-CV-1174 (KMK)<br><br>ORDER OF SERVICE |

KENNETH M. KARAS, United States District Judge:

Plaintiff Keaunga Glover, a resident of Yonkers, New York, filed this complaint *pro se* under the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601. By order dated February 11, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## I.      DISCUSSION

**A.     Adding New York City as a Defendant**

In light of the Plaintiff's *pro se* status and clear intention to assert claims against the City of New York, the Court construes the complaint as asserting claims against the City of New York, and directs the Clerk of Court, pursuant to Rule 21 of the Federal Rules of Civil Procedure, to amend the caption of this action to add the City of New York as a Defendant. *See* Fed. R. Civ. P. 21. This amendment is without prejudice to any defenses that the City of New York may wish to assert.

**B.     Order of Service**

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that

Defendants the New York City Department of Correction and the City of New York waive service of summons.

## II.   CONCLUSION

The Clerk of Court is directed to add the City of New York as a Defendant under Fed. R. Civ. P. 21.

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants the New York City Department of Correction and the City of New York waive service of summons.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

Parties proceeding *pro se* may submit filings by email to Pro_Se_Filing@nysd.uscourts.gov and may consent to receive all court documents electronically. The consent to electronic service form and instructions on the email service are both available on the Court's website at nysd.https://nysd.uscourts.gov/uscourts.gov.

*Pro se* parties who do not wish to submit filings electronically may submit documents by regular mail or in person at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street).

SO ORDERED.

Dated:  February 18, 2025
        White Plains, New York

                                            KENNETH M. KARAS
                                            United States District Judge