

**StaggWabnik**
LAW GROUP

**David R. Ehrlich**
*Partner*

Direct 516.812.4518
Fax: 516.812.4604

dehrlich@staggwabnik.com

staggwabnik.com

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

November 12, 2025

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    Glover v. City of New York
                 Case No.: 25 cv 01174

Dear Justice Karas:

      We represent Plaintiff Keaunga Glover ("Ms. Glover") in the above-referenced matter, but write jointly with Defendant City of New York to respectfully request an adjournment of the scheduling/status conference before Your Honor on Thursday, November 13, 2025 at 12 noon.

      The purpose of the November 13, 2025 conference was to report to the Court the result of the November 3, 2025 settlement conference conducted before Magistrate Judge Judith C. McCarthy, and enter into a scheduling order to the extent the case did not resolve. On October 30, 2025, the parties filed a request to adjourn the settlement conference before Magistrate Judge McCarthy, and that request was granted with the settlement conference currently scheduled for December 4, 2025.

      Based on the development above, the parties respectfully request that the November 13, 2025 conference before Your Honor be adjourned to a date after the December 4, 2025 settlment conference. We contacted lead attorney for Defendant, and the following are dates on which the attorneys are *not* available to appear: December 9, 11, 16, 18, 19.

Hon. Kenneth M. Karas
United States District Court
November 12, 2025
Page 2

Thank you for your consideration of this request.

Granted. The Court will hold a status conference on 12/17/25, at 11:30 Via teleconference. So Ordered.
*[signature]*
11/12/25

Respectfully submitted,

*[signature]*

David R. Ehrlich

DRE\sh
cc:   Counsel of Record via ECF