

**David R. Ehrlich**
*Partner*

Direct 516.812.4518
Fax: 516.812.4618
dehrlich@staggwabnik.com

**staggwabnik.com**

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

May 6, 2026

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

>    Re:    Glover v. New York City Department of Corrections
>           Case No. 7:25-cv-01174-KMK-JCM

Dear Justice Karas:

Our firm represents Plaintiff in the above-referenced matter. We write, with the consent of Defendants' counsel, to respectfully request an additional thirty (30) day extension of time, from May 6, 2026, to June 5, 2026, to reinstate the case in the event the settlement papers are not fully completed. The settlement papers have been fully drafted, and all terms have been agreed upon. Counsel is presently awaiting execution of the settlement documents by the parties.

In the event the Court denies this request for an extension of time, Plaintiff respectfully requests that the case be reopened.

Plaintiff thanks the Court for its time and consideration herein.

Granted.

So-Ordered

5/6/26

Respectfully submitted,

David R. Ehrlich
*Attorney for Plaintiff*

Cc:    All counsel of record (via ECF)